STATE OF NEW JERSEY v.
ANTHONY AND HELEN MIDDLECOOP.

March 26, 1974. Petition for certification denied.

ELSIE SEABERT v.
MAYOR AND COUNCIL OF THE CITY OF CLIFTON.

March 26, 1974. Petition for certification denied.

GERARDO CATENA v. RICHARD SEIDL.

March 27, 1974. Certification to Superior Court, Law Division, granted.

STATE OF NEW JERSEY v. STEPHEN L. CARTER.

April 30, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE C. RILEY.

April 30, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. FRED FARINA.

April 30, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. LEE VASTER THOMPSON.

April 30, 1974. Petition for certification denied.